NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUSTOMEDIA TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**DISH NETWORK CORPORATION, DISH NETWORK LLC,**
*Appellees*

---

2019-1001

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2017-00019.

---

## JUDGMENT

---

RAYMOND WILLIAM MORT, III, The Mort Law Firm, PLLC, Austin, TX, argued for appellant.

ELIOT DAMON WILLIAMS, Baker Botts LLP, Palo Alto, CA, argued for appellees. Also represented by GEORGE HOPKINS GUY, III; ALI DHANANI, MICHAEL HAWES, Houston, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court